### 1621. GORHAM v. BANKSTON.

POWELL, J. No error of law is complained of. The evidence is legally
sufficient to sustain the verdict.                    *Judgment affirmed.*

Complaint, from city court of Abbeville—Judge Nicholson. No-
vember 13, 1908.

Argued February 24,—Decided March 16, 1909.

*E. H. Williams,* for plaintiff in error. *Hal Lawson,* contra.